**DISMISS and Opinion Filed August 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00470-CV

**CHIRON POINT INVESTMENTS FUND I, LLC, Appellant**
**V.**
**SCOTT H. HOWARD, EDWIN B. HOWARD, AND KENNETH S. BRODY, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09150**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Bridges

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant has informed the Court that it no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140470F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CHIRON POINT INVESTMENTS
FUND I, LLC, Appellant

No. 05-14-00470-CV        V.

SCOTT H. HOWARD, EDWIN B.
HOWARD, AND KENNETH S. BRODY,
Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-11-09150.
Opinion delivered by Justice Bridges.
Justices Francis and Lang-Miers,
participating.

      In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

      It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered August 14, 2014